| | | | | |
|---|---|---|---|---|
| Singh v. State | 41A05–1606–CR–1405 | 05/03/2017 | BARTEAU, Sr.J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Wharton v. State | 82A05–1609–CR–2244 | 05/03/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| D.D., In re | 34A05–1612–JT–2878 | 05/03/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| ERC I, LLC v. Whiteacre Funding, LLC | 82A05–1606–MF–1316 | 05/04/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Croffett v. State | 82A01–1606–CR–1428 | 05/04/2017 | MATHIAS, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Civil Commitment of C.B. v. Eskenazi Health Midtown Community Mental Health | 49A04–1606–MH–1256 | 05/04/2017 | MATHIAS, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Biggs v. State | 49A02–1611–CR–2537 | 05/04/2017 | DARDEN, Sr.J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| S.M., Matter of | 54A01–1612–JC–2795 | 05/04/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Z.S., In re | 60A01–1607–JT–1552 | 05/04/2017 | MATHIAS, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| American Heritage Banco, Inc. v. Pichon | 17A05–1606–PL–1306 | 05/05/2017 | SHARPNACK, Sr.J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BARNES, J. | Concurs |
| Bradtmueller v. State | 02A03–1609–CR–2234 | 05/05/2017 | MAY, J. | Affirmed |
| | | | BROWN, J. | Concurs |
| | | | PYLE, J. | Concurs |